# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| FREDRICK N. AMADI, § | |
|     Petitioner, § | |
| § | |
| vs. § | CIVIL ACTION H-08-1416 |
| § | |
| MICHAEL CHERTOFF, § | |
|     Respondent. § | |

## MEMORANDUM AND OPINION

On May 27, 2008, the court ordered the respondent to answer Amadi's petition for a writ of habeas corpus. (Docket Entry No. 3). Copies of the court's order were mailed to Amadi at the address on record for the petitioner. The record indicates that the order was returned to the court as undeliverable by the postal service. (Docket Entry No. 10). The court has learned through telephone inquiry that Amadi has been released from the custody of the Corrections Corporation of America.

Under Local Rule 83.4, a *pro se* litigant is responsible for keeping the Clerk advised in writing of his current address. The court will send notices only to the address on file. The petitioner has failed to provide the court with an accurate, current address. Under the inherent powers necessarily vested in a court to manage its own affairs, this court determines that dismissal for want of prosecution is appropriate. *See* FED. R. CIV. P. 41(b); *Link v. Wabash R.R.*, 370 U.S. 626 (1962); *Woodson v. Surgitek, Inc.,* 57 F.3d 1406, 1417 (5th Cir. 1995); 8 J. Moore, *Federal Practice* § 41.51(3)(b) & (e) (3d ed. 1998). Upon a proper showing, relief from this order may be granted in accordance with FED. R. CIV. P. 60(b). *See*

*Link*, 370 U.S. at 635.

      This action is DISMISSED without prejudice for want of prosecution.

      SIGNED on June 24, 2008, at Houston, Texas.

                                        Lee H. Rosenthal
                                 United States District Judge